**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 7, 2026

By ECF
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re: *Serrano Serrano v. Warden of Detention Facility at 26 Federal Plaza, New York NY*, No. 26 Civ. 6602 (JAV)**

Dear Judge Vargas:

This Office represents the respondent in the above-referenced habeas corpus action. Pursuant to this Court's Order dated August 3, 2026, the parties have met and conferred regarding next steps in this case and whether the conference currently scheduled for August 10, 2026, at 12:00 pm is necessary. The parties have agreed upon a proposed schedule. The parties respectfully request that the Court so-order the following schedule: (1) by no later than August 13, 2026, Respondent shall respond to the Petition; and (2) by no later than August 17, 2026, Petitioner may file a reply. In light of the parties' agreement regarding the path forward, the parties respectfully request that the Court cancel the conference scheduled for August 10, 2026.

We thank the Court for its consideration of these requests.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Charles S. Jacob*
CHARLES S. JACOB
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2725
E-mail: charles.jacob@usdoj.gov
*Attorney for Respondents*

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: August 10, 2026

cc: Petitioner's counsel (by ECF and email)