UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAVIN ADAN SERRANO SERRANO,

Petitioner,

-against-

WARDEN OF DETENTION FACILITY AT 26 FEDERAL PLAZA,

Respondent.

26-CV-6602 (JAV)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

JEANNETTE A. VARGAS, United States District Judge:

Petitioner Kavin Adan Serrano Serrano brings this petition for a writ of *habeas corpus*. To proceed with a petition for a writ of *habeas corpus* in this court, a $5.00 filing fee must be paid or, to request authorization to proceed *in forma pauperis* ("IFP"), a completed and signed IFP application must be filed. *See* 28 U.S.C. §§ 1914, 1915. At the time of filing, Petitioner had not filed an IFP application or paid the $5.00 fee.

Accordingly, within 30 days of the date of this order, Petitioner must pay the $5.00 filing fee or submit a completed and signed IFP application.[1] If an IFP application is filed, it should be labeled with docket number 26-CV-6602 (JAV). If the Court grants the IFP application, this action will proceed without the prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

If Petitioner fails to comply with this order within the time allowed, and does not request additional time to respond, the Court may dismiss this action.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf.*

[1] An IFP application form is attached to this order.

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: August 25, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_______________________________________

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_______________________________________

_______________________________________

(full name(s) of the defendant(s)/respondent(s))

_______ CV _______________ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☐ Yes ☐ No (If "No," go to Question 2.)
   I am being held at: _______________________________________

   Do you receive any payment from this institution? ☐ Yes ☐ No

   Monthly amount: ____________________

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☐ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: ____________________

   If "no," what was your last date of employment? ____________________

   Gross monthly wages at the time: ____________________

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☐ No
   (b) Rent payments, interest, or dividends ☐ Yes ☐ No

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Dated | Signature

Name (Last, First, MI) | Prison Identification # (if incarcerated)

Address | City | State | Zip Code

Telephone Number | E-mail Address (if available)