UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAVIN ADAN SERRANO SERRANO,

Petitioner,

-against-

WARDEN OF DETENTION FACILITY AT 26 FEDERAL PLAZA,

Respondent.

26-CV-6602 (JAV

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On August 4, 2026, counsel Yuri Hovhannisyan filed a motion to appear pro hac vice on behalf of Petitioner Kavin Adan Serrano Serrano. ECF No. 4. That motion was granted. ECF No. 14. Counsel has yet to file a Notice of Appearance on behalf of Petitioner in this case, even though he filed the reply brief in support of Petitioner's habeas petition on August 17, 2026. *See* SDNY Local Rule 1.4 ("each attorney appearing on behalf of a party must file a notice of appearance promptly on or before the attorney's first appearance in court or filing in the case").

Counsel Hovhannisyan is directed to file his Notice of Appearance on the docket by August 27, 2026.

SO ORDERED.

Dated: August 25, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge