UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN ADAN SERRANO SERRANO,

Petitioner,

-against-

WARDEN OF DETENTION FACILITY AT 26 FEDERAL PLAZA, NEW YORK, NY,

Respondent.

26-CV-06602 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

In light of Respondent's letter dated September 28, 2026, ECF No. 31, the Court hereby **ORDERS** Petitioner to submit a letter by **Friday, October 2, 2026**, with his position regarding whether this action can be closed.

SO ORDERED.

Dated: September 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge