UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN ADAN SERRANO SERRANO,

Petitioner,

-against-

WARDEN OF DETENTION FACILITY AT 26 FEDERAL PLAZA, NEW YORK, NY,

Respondent.

26 CIVIL 6602 (JAV)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Opinion & Order dated October 6, 2026, the Court DISMISSES the Petition as moot; accordingly, the case is closed.

**Dated:** New York, New York
October 8, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**